**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | | |
|---|---|---|
| MAYNE V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5824 |
| HUCKABEE V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5825 |
| COVINGTON V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5827 |
| SIMPSON V. JANSSEN PHARMACEUTICALS, INC. | : | 16-5828 |
| BRADSHAW ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5829 |
| JETT, ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5830 |
| JEFFRIES V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5831 |
| BARRICK ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5832 |
| MAGGERD ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5833 |
| TERRY ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5834 |
| BRUNER ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5835 |
| TAPLIN V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5836 |
| AUNE V. JANSSEN PHARMACEUTICALS INC. | : | 16-5837 |
| MAHONEY ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5934 |
| COLBAUGH V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5936 |
| FORTADO V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5937 |
| RAY V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5938 |
| JORDAN V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5939 |
| HARPER V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5940 |
| STONE ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5941 |
| LAMBERT ET AL V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5942 |
| BOARD ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5943 |
| MANESS ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5945 |

| | | |
|---|---|---|
| SEAY V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5946 |
| PORTER V. JANSSEN PHARMACEUTICALS, INC. | : | 16-5947 |
| MAYFIELD ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5948 |
| CARR V. JANSSEN PHARMACEUTICALS, INC. | : | 16-5949 |
| AMBURN V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5950 |
| SANDERS V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5951 |
| RUSSELL V. JANSSEN PHARMACEUTICALS INC. ET AL. | : | 16-5952 |
| TEAGUE V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL. | : | 16-5953 |
| STEPHENS V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5954 |
| PORTNOFF V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5955 |
| THOMPSON V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5956 |
| JAMES V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5957 |
| DAVIS V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5958 |
| COOPER ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5959 |
| THATCHER ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5963 |
| THRASHER ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5964 |
| HESS V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL. | : | 16-5966 |
| MCKINNEY V. JANSSEN PHARMACEUTICALS ET AL. | : | 16-5967 |
| JONES V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5969 |
| CLARK V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5970 |
| JONES V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5971 |
| LEWIS V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5972 |
| OBERSCHMIDT V. JANSSESN PHARMACEUTICALS, INC. ET AL. | : | 16-5973 |
| MARCIANO ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. | : | 16-5974 |
| CHERRY V. JANSSEN PHARMACEUTICALS, INC. | : | 16-5979 |

COOPER ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL.    :    16-5980

HARROLD V. JANSSEN PHARMACEUTICALS, INC. ET AL.    :    16-5982

CRESITELLO V. JANSSEN PHARMACEUTICALS, INC. ET AL.    :    16-5983

JOHNSON V. JANSSEN PHARMACEUTICALS, INC. ET AL.    :    16-5984

HANDJIS ET AL V. JANSSEN PHARMACEUTICALS, INC. ET AL.    :    16-5985

MILES V. JANSSEN PHARMACEUTICALS, INC. ET AL.    :    16-5986

PALACIO V. JANSSEN PHARMACEUTICALS, INC. ET AL.    :    16-5987

LOCKE V. JANSSEN PHARMACEUTICALS, INC.    :    16-5988

RITENOUR V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL.    :    16-5990

OSTER V. JANSSEN PHARMACEUTICALS, INC. ET AL.    :    16-5995

MCCUMBERS V. JANSSEN PHARMACEUTICALS, INC. ET AL.    :    16-5996

WILLIAMS ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL.    :    16-5997

CLARKSON V. JANSSEN PHARMACEUTICALS, INC. ET AL.    :    16-5998

LANDES V. JANSSEN PHARMACEUTICALS, INC.    :    16-5999

DEATON ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL.    :    16-6000

MCCHURCH ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL.    :    16-6001

CAMPBELL ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL.    :    16-6002

GUTHRIE V. JANSSEN PHARMACEUTICALS, INC. ET AL.    :    16-6003

POWE V. JANSSEN PHARMACEUTICALS, INC. ET AL.    :    16-6004

WEAR ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL.    :    16-6005

RODRIGUEZ V. JANSSEN PHARMACEUTICALS, INC.    :    16-6006

WALKER V. JANSSEN PHARMACEUTICALS, INC. ET AL.    :    16-6007

CARRINGTON V. JANSSEN PHARMACEUTICALS, INC. ET AL.    :    16-6008

MCWHORTER V. JANSSEN PHARMACEUTICALS, INC. ET AL.    :    16-6009

DOWNS V. JANSSEN PHARMACEUTICALS, INC.    :    16-6010

THORTON V. JANSSEN PHARMACEUTICALS, INC.                          :     16-6011

PETERSEN V. JANSSEN PHARMACEUTICALS, INC. ET AL.                 :     16-6012

HAYHURST ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL.    :     16-6013

SUITER V. JANSSEN PHARMACEUTICALS, INC. ET AL.                   :     16-6015

FRAZIER V. JANSSEN PHARMACEUTICALS, INC. ET AL.                 :     16-6016

DRZYCIMSKI ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL. :     16-6017

SHERUM V. JANSSEN PHARMACEUTICALS, INC. ET AL.                 :     16-6018

MANDEL ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL.        :     16-6019

SCHIELKA ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL.      :     16-6020

HUDDLESTON ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL.:     16-6021

FURLOW ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL.        :     16-6023

ALLEN V. JANSSEN PHARMACEUTICALS, INC. ET AL.                   :     16-6024

PUCELLO ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL.      :     16-6025

PERRY V. JANSSEN PHARMACEUTICALS, INC.                            :     16-6026

MARTIN V. JANSSEN PHARMACEUTICALS, INC., ET AL.               :     16-6027

WRIGHT ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL.       :     16-6030

WAGSTAFF V. JANSSEN PHARMACEUTICALS, INC. ET AL.             :     16-6031

HICKS ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL.         :     16-6032

MEDINA-JIMINEZ ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL.:16-6033

DINCANS V. JANSSEN PHARMACEUTICALS, INC.                         :     16-6034

BUAMANN V. JANSSEN PHARMACEUTICALS, INC. ET AL.              :     16-6035

ALLEN V. JANSSEN PHARMACEUTICALS, INC. ET AL.                   :     16-6036

GAY V. JANSSEN PHARMACEUTICALS, INC. ET AL.                     :     16-6037

BASSETT V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL.     :     16-6038

NOTA V. JANSSEN PHARMACEUTICALS, INC. ET AL.                   :     16-6041

DEMERS ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL.        :    16-6043

PERLIS V. JANSSEN PHARMACEUTICALS, INC. ET AL.              :    16-6046

CHOATE ET AL. V. JANSSEN PHARMACEUTICALS, INC. ET AL.       :    16-6048

---

## ORDER

**AND NOW**, this 22nd day of February, 2017, upon consideration of the motions to remand filed in the above captioned cases, the response and reply thereto and in accordance with the accompanying memorandum opinion, it is hereby **ORDERED** that the motions are **DENIED**.[1]

BY THE COURT:

/s/ Mitchell S. Goldberg

_____

**Mitchell S. Goldberg, J.**

---

[1] The Plaintiff in Steiner v. Janssen Pharmaceuticals, Inc., et al., (16-5968) did not file a motion to remand.